FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 OCT 18 PM 4:58

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Kristina M. K. DiDonato , Plaintiff

v.

Denver Police Department,

City Council,

Department of Judicial Discipline,

Entire Legislature , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

Stole my inherited Property of 847 Grove St.
Denver, CO 80218

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kristina Di Donato (mail) 850 Grove St. Denver, CO 80218
(Name and complete mailing address)

Stolen    KKlundt1@msudenver.edu
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: D.P.D. (Sherriff's)
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: City Council  3rd Floor Denver Courthouse
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: 2 E 14th Ave Denver, CO 80202
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: Capital Bldg Last rm in Down stair North wing
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

- Supremacy Clause = Constitution Article VI "Law of Land"
- Right to Property — Contract Law

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 1 is an individual, Defendant 1 is a citizen(s) of __8 Counties of (Colorado) ("mail fraud"__

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __2 City__ (name of state or foreign nation).

Defendant 1 has its principal place of business in __Code/statutes that conflict w/ Constitutional Law__ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ReClaim my Property as Original,

Supporting facts: Sole Heir! → Complete Paid & it's Entire property/

Land of

[ 847 Grove Street
Denver, CO 80218 ] → Right to property
- Burgulary
- D.P.D. forged & Victimized myself & neighbors

4

E. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Give key n property back w/ Court ordered Judgement by United Nations Judge per abuse of Human Rights

F. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

10 / 18 / 2019
(Date)

(Revised December 2017)

6